UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LISA CORSON,

                Plaintiff,

    -against-

WESLEY MOON, INC.,

               Defendant.
------------------------------------------------------X

ORDER

19-CV-3084 (JGK)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    This case has been referred to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the plaintiff against defendant Wesley Moon, Inc. Accordingly, IT IS HEREBY ORDERED that, on or before December 10, 2019, the plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The plaintiff must serve these documents on Wesley Moon, Inc. and file proof of such service with the Clerk of Court.

    IT IS FURTHER ORDERED that, on or before January 3, 2020, the defendant shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the plaintiff.

    The plaintiff shall serve the defendant with a copy of this order and file proof of such service with the Clerk of Court.

Dated: New York, New York
       November 12, 2019

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE